UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:16-cr-353-T-30JSS

SCOTT P. PICCININNI
_____/

**ORDER**

THIS MATTER is before the Court on Defendant's Unopposed Motion to Discharge Bond and for Return of Bond Deposit and Accrued Interest. (Dkt. 352.) Having complied with all conditions of release in this case and having reported to the facility designated by the Bureau of Prisons, Defendant requests that his surety bond be discharged and that his bond deposit and any accrued interest be returned. Upon consideration, it is **ORDERED** that Defendant's Unopposed Motion to Discharge Bond and for Return of Bond Deposit and Accrued Interest (Dkt. 352) is **GRANTED**. Defendant's surety bond is discharged. Defendant's bond deposit of $30,000, plus any accrued interest, shall be returned to Marcus, Neiman & Rashbaum, LLP, 100 Southeast Third Avenue, Suite 805, Fort Lauderdale, Florida 33394.

**DONE** and **ORDERED** in Tampa, Florida, on October 4, 2017.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record